DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANA ANN WILLMENG, BRIAN RICHARD PONCIN**, and
**GERALD G. PONCIN, JR.**,
Appellants,

v.

**JULIANNE SCHECKEL,**
Appellee.

No. 4D2025-2294

[July 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312023CA000963XXXXXX.

August J. Stanton, III, and Juliane Murphy Brumbaugh of Nardella & Nardella, PLLC, Orlando, for appellants.

Aaron Van Johnson and Andrew Bochte of Collins Brown Barkett, Chartered, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***